UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: CLARENCE E. TURNBO  CASE NO. 4:17-bk-10957
DEBTOR  CHAPTER 13

### RESPONSE AND OBJECTION TO MOTION FOR CONTEMPT

COMES NOW, Johnny Lin, by and through his attorney, James F. Dowden, and for his Response to Motion for Contempt, states as follows:

1. Mr. Lin admits the allegations contained in Paragraph No. 1 of the Motion.

2. Mr. Lin admits the allegations contained in Paragraph No. 2 of the Motion.

3. Mr. Lin admits the allegations contained in Paragraph No. 3 of the Motion.

4. Mr. Lin admits the allegations contained in Paragraph No. 4 of the Motion.

5. Mr. Lin admits the allegations contained in Paragraph No. 5 of the Motion.

6. Mr. Lin admits that he filed a consumer complaint with the Attorney General of Arkansas against Turnbo's Auto Center, Inc., as opposed to Turnbo's Auto Center as alleged in Debtor's Motion. Pleading further, Movant had no knowledge of Turnbo's Auto Center Inc.'s formal status with the Arkansas Secretary of State and denies that he had knowledge that Debtor was a sole proprietor of the business. Indeed, the "Inc." after the name implies it was a corporation. Debtor held himself out as the owner of Turnbo's Auto Sales, Inc. on or about November 11, 2012, when Mr. Lin paid it $42,000.

7. Debtor has also done business at various times under the following names, mostly in relation to the transaction with Mr. Lin: Turnbo Auto & Boat Sales; Turnbo's Cooper Tire; Turnbo Auto; Turnbo's Firestone; Turnbo's Auto Center; Turnbo Auto Center, Inc.; Turnbo Auto Sales, Inc.; Turnbo Contracting, Inc.; Turnbo Properties, Inc.; and Turnbo Tire Center, Inc.

8. Mr. Lin admits the allegations contained in Paragraph No. 7 of the Motion.

9. Mr. Lin is without sufficient knowledge to admit or deny the allegations contained in Paragraph No. 8 of the Motion and therefore, denies same.

10. Mr. Lin denies the allegations contained in Paragraph No. 9 of the Motion.

11. Mr. Lin denies the allegations contained in Paragraph No. 10 of the Motion. Pleading further, the automatic stay does not cover what Mr. Lin believed to be quasi-criminal proceedings as exemplified by filing a complaint with the Attorney General Sec. 362(b)(1). Further, the filing falls within 362(b)(4) as Mr. Lin and the Attorney General were acting to utilize the Attorney General's police and regulatory power to protect the public against fraudulent conduct by Turnbo Auto Center, Inc., a non-debtor entity.

WHEREFORE, Johnny Lin prays that the Motion for Contempt filed by the Debtor be denied for, at least, all the foregoing reasons; and for all other proper relief to which he is entitled.

Respectfully submitted,

/s James F. Dowden
James F. Dowden, P.A. (77046)
Attorney for Movant
212 Center Street, Tenth Floor
Little Rock, Arkansas 72201
501-324-4700 Phone
501-374-5463 Fax
jfdowden@swbell.net

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing pleading has been forwarded by the Court's electronic notification system, other electronic means, or U.S. Mail to the following on this 15th day of June, 2017.

US Trustee

Mark McCarty
Ch. 13 Trustee

Clarence Cash
Attorney for Debtor

                                        /s/ James F. Dowden
                                        James F. Dowden